**Anirudh Lakhan SUKHU, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 15–6282.

United States Court of Appeals, Fourth Circuit.

Submitted: June 17, 2015.

Decided: June 24, 2015.

Anirudh Lakhan Sukhu, Appellant Pro Se.

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anirudh Lakhan Sukhu appeals the district court's order dismissing his petition for a writ of mandamus for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sukhu v. United States*, Nos. 1:15–cv–00120–WDQ; 1:08–cr–00557–WD (D.Md. Jan. 29, 2015). We grant leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and ar-

gument would not aid the decisional process.

*AFFIRMED.*